A CERTIFIED TRUE COPY

DEC - 7 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED
USDC CLERK, CHARLESTON, SC

NOV 21 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1785   DEC 12  A 10: 58

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE BAUSCH & LOMB INC. CONTACT LENS SOLUTION PRODUCTS LIABILITY LITIGATION

*Noemi Cortes-Irizarry v. Bausch & Lomb, Inc.*, D. Puerto Rico, C.A. No. 3:06-1984
*Charles A. Shepherd, et al. v. Bausch & Lomb, Inc.*, W.D. Tennessee, C.A. No. 2:06-2644

## CONDITIONAL TRANSFER ORDER (CTO-4)

On August 14, 2006, the Panel transferred nine civil actions to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2006). Since that time, 68 additional actions have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable David C. Norton.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Norton.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of August 14, 2006, and, with the consent of that court, assigned to the Honorable David C. Norton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 7 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# INVOLVED COUNSEL LIST (CTO-4)
## DOCKET NO. 1785
### IN RE BAUSCH & LOMB INC. CONTACT LENS SOLUTION PRODUCTS LIABILITY LITIGATION

James M. Doran, Jr.
Waller, Lansden, Dortch & Davis, PLLC
511 Union Street
Suite 2700
P.O. Box 198966
Nashville, TN 37219-8966

Gary K. Smith
Gary K. Smith & Associates
The Tower at Peabody Place
100 Peabody Place
Suite 1300
Memphis, TN 38103

Emilio F. Soler-Ramirez
1607 Ponce de Leon
Cobian Plaza
Suite 213
Santurce, PR 00909